479 A.2d 1123

Commonwealth v. Slifer, Appellant.

Submitted April 2, 1984. Barry M. Miller, for appellant; Christopher F. Gorbey, for Commonwealth, appellee.

Before WIEAND, JOHNSON and LIPEZ, JJ.

Judgment of sentence affirmed.